**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HOWARD PAGE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1546-JLH-LDH |
| | ) | |
| THE FAMILY COURT OF THE STATE | ) | |
| OF DELAWARE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 12th day of June 2026:

WHEREAS, on December 19, 2025, Plaintiff Howard Page, Jr. filed this action *pro se* (D.I. 2) and proceeds *in forma pauperis*;

WHEREAS, on March 3, 2026, this Court dismissed Plaintiff's Complaint without prejudice under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b) because it fails to state a claim and because it seeks relief from Defendants who are immune (D.I. 8);

WHEREAS, on March 10, 2026, this case was referred to Magistrate Judge Laura D. Hatcher to hear and resolve all pretrial matters, up to and including the resolution of case-dispositive motions (D.I. 9);

WHEREAS, on April 7, 2026, Plaintiff filed an Amended Complaint (D.I. 10);

WHEREAS, on May 13, 2026, Magistrate Judge Hatcher issued a Report and Recommendation ("R&R") (D.I. 11) recommending that Plaintiff's Amended Complaint be dismissed without prejudice under 28 U.S.C. §§ 1915(e)(2), 1915A(b) because it fails to state a plausible claim on which relief may be granted; that Plaintiff be granted leave to file a Second Amended Complaint on or before June 10, 2026; and that the Clerk of the Court is directed to close

this case if Plaintiff does not both timely file a Second Amended Complaint and does not remit the initial partial filing fee of $4.34;

WHEREAS, no party filed objections pursuant to Federal Rule of Civil Procedure 72(b)(2) in the prescribed period, and the Court finds no clear error on the face of the record;

NOW, THEREFORE, IT IS HEREBY ORDERED that the R&R (D.I. 11) is ADOPTED. Plaintiff's Amended Complaint is dismissed without prejudice, and Plaintiff is granted leave to file a Second Amended Complaint on or before June 26, 2026.  Failure to file the Second Amended Complaint or pay the partial filing fee will result in the case being closed.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE

2