## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD PAGE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1546-JLH-LDH |
| | ) | |
| LINDSAY COLEMAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington, this 14th day of July 2026, having dismissed Plaintiff's Amended

pursuant to 28 U.S.C. § 1915(e)(2), 1915A(b), having granted leave to amend on or before July

1, 2026 (D.I. 13), and Plaintiff having not filed a Second Amended Complaint;

WHEREAS, on July 10, 2026, Magistrate Judge Hatcher issued a Report and

Recommendation recommending the Clerk of Court close this case given Plaintiff not filing a

Second Amended Complaint (D.I. 14);

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I.

14) is ADOPTED, and the Clerk of Court is directed to CLOSE the case.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE